ACCEPTED
03-13-00494-CR
7947271
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 12:01:10 PM
JEFFREY D. KYLE
CLERK

# KRISTEN JERNIGAN
## ATTORNEY AT LAW
## 207 S. AUSTIN AVE., GEORGETOWN, TEXAS 78626
## (512) 904-0123 (OFFICE)    (512) 931-3650 (FAX)
### KRISTEN@TXCRIMAPP.COM

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 12:01:10 PM
JEFFREY D. KYLE
Clerk

CRIMINAL LAW  **BOARD CERTIFIED**® CRIMINAL APPELLATE LAW

---

November 23, 2015


Eugene Kelly Wolfenberger
TDCJ No. 01871101
Powledge Unit
1400 FM 3452
Palestine, Texas 75803

> Re: *Eugene Kelly Wolfenberger v. The State of Texas*,
> No. 03-13-00494-CR

Dear Eugene:

Unfortunately, the Third Court of Appeals denied our motions for rehearing and reconsideration. As we have discussed previously, you now have the right to file a *pro se* Petition for Discretionary Review. That Petition is due within thirty days of the date of the Court's rulings on the motions for rehearing and reconsideration, making it due on or before December 17, 2015. However, I would like to continue my representation of you by filing a petition for discretionary review on your behalf. I would do so *pro bono* because I feel the Court of Appeals did not correctly analyze our claim of ineffective assistance of counsel and I feel the issue is important to the jurisprudence of the State of Texas.

If you would like me to file a petition for discretionary review on your behalf, please let me know as soon as possible. I have emailed a copy of this letter to Christine as well so you can discuss your options with her. If you decide to proceed *pro se*, when you file the petition, be sure to attach a copy of the Court of Appeals' opinion which I mailed to you on October 27, 2015. If you intend to

proceed *pro se*, I urge you to contact the Bell County District Clerk to obtain the records you may need to draft your petition.

The Bell County District Clerk's address is:

Bell County District Clerk
P.O. Box 909
Belton, Texas 76513

The Court of Appeals address is:

Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

The Texas Court of Criminal Appeals address is:

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Please let me know your decision as soon as possible.

Sincerely,

/s/ Kristen Jernigan

Kristen Jernigan